**No. 54147.**—Knickerbocker Mills Co. *v.* United States, protest 152405–K (New York).

Opinion by CLINE, J. In accordance with stipulation of counsel that the merchandise consists of laurel leaves similar to those the subject of *The Levy & Levis Co., Inc.* v. *United States* (23 Cust. Ct. 8, C. D. 1180), the claim of the plaintiff was sustained.

**No. 54148.**—J. Raphael & Son *v.* United States, protest 154438–K (Philadelphia).

Opinion by CLINE, J. In accordance with stipulation of counsel that the merchandise consists of laurel leaves similar to those the subject of *The Levy & Levis Co., Inc.* v. *United States* (23 Cust. Ct. 8, C.D. 1180), the claim of the plaintiff was sustained.

**No. 54149.**—Yee Sing Co. et al. *v.* United States, protests 958375–G, etc. (Los Angeles and San Francisco).

Opinion by CLINE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 54150.**—T. H. Lung Co. et al. *v.* United States, protests 137325–K, etc. (Boston and St. Albans).

Opinion by CLINE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 54151.**—Monsanto Chemical Company *v.* United States, protests 139669–K and 148047–K (Norfolk).

Opinion by CLINE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.